United States Courts
Southern District of Texas
FILED

*July 15, 2026*

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| | § |
| v. | § Crim. No.: H-4:24-cr-00020-2-S |
| | § |
| ISIAH BEN THOMAS (DEFENDANT 2), | § |
| | § |
| Defendant. | § |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS

CHARGES THAT:

## INTRODUCTION

1.      715 Daria Court, Houston, Texas 77079 is a property located in the Southern District of Texas that was owned by Grover Eugene Gilbert and Pauletta Gwen Holley. Gwendolyn Moser Prewit was the mother of Ms. Holley and resided with Mr. Gilbert and Ms. Holley.

2.      From on or about September 1, 2017, to on or about September 30, 2017, the abovementioned property was damaged as a result of Hurricane Harvey, which resulted in the need for repairs, which occurred from on or about November 1, 2017 to on or about December 31, 2017. During this time period, Ms. Holley and Ms. Prewit temporarily resided at the La Quinta Inn at 2451 Shadow View Lane, Houston, Texas 77077, which is within the Southern District of Texas.

3.      From on or about December 1, 2017, to on or about December 31, 2017, Ms. Prewit became ill.  Defendant REGINA LYNN THOMAS, a/k/a NIKKI LADAY, falsely claimed to Ms. Holley that Defendant REGINA LYNN THOMAS, a/k/a NIKKI LADAY was a registered nurse and could assist Ms. Prewit.  To show appreciation, Ms. Holley agreed to let Defendant REGINA

1

LYNN THOMAS, a/k/a NIKKI LADAY reside at the abovementioned property from on or about December 1, 2017 until on or about June 30, 2019 as Mr. Gilbert, Ms. Holley, and Ms. Prewit were outside of the United States during that time.

4.      From on or about March 1, 2018, to on or about March 31, 2018, Defendant REGINA LYNN THOMAS, a/k/a NIKKI LADAY, falsely informed Ms. Holley that law enforcement came to the abovementioned property with an arrest warrant for Ms. Holley and falsely claimed that the law enforcement individuals presented documentation related to fraudulent FEMA claims.    Defendant REGINA LYNN THOMAS, a/k/a NIKKI LADAY further recommended to Ms. Holley that Ms. Holley contact an attorney named Charles Williams, for which Defendant REGINA LYNN THOMAS, a/k/a NIKKI LADAY provided the contact information.

5.      From on or about March 1, 2018, to on or about March 31, 2018, Mr. Gilbert contacted the individual claiming to be attorney Charles Williams at the phone number provided by Defendant REGINA LYNN THOMAS, a/k/a NIKKI LADAY.  In exchange for purported legal and investigative services, the individual claiming to be attorney Charles Williams instructed Mr. Gilbert to send payment to a Capital One bank account ending in 6556 and belonging to ISAIAH BEN THOMAS.  The individual claiming to be Charles Williams also claimed that ISAIAH BEN THOMAS was Charles Williams' father and law partner.

6.      ISAIAH BEN THOMAS is the son of Defendant REGINA LYNN THOMAS, a/k/a NIKKI LADAY, but is not an attorney or father of an individual named Charles Williams.

7.      Capital One Bank was a federally insured financial institution in that it was an insured depository institution of the Federal Deposit Insurance Corporation and was headquartered in Virginia.

8.      Fidelity Investments is a financial services corporation and was headquartered in Massachusetts and used JP Morgan Chase Bank to conduct its wire transfers.

9.      JP Morgan Chase Bank was a federally insured financial institution in that it was an insured depository institution of the Federal Deposit Insurance Corporation and was headquartered in New York.

10.     BP Credit Union Advancial was a federally insured financial institution in that it was a credit union with accounts insured by the National Credit Union Share Insurance Fund and was headquartered in Texas.

11.     From on or about March 8, 2018, to on or about June 13, 2019, Mr. Gilbert sent 141 wire transfers totaling $1,040,765.00 to the aforementioned bank account ending in 6556 belonging to ISAIAH BEN THOMAS.

12.     From on or about January 1, 2018 to on or about May 31, 2019, law enforcement never came to the abovementioned property and at no time was an arrest warrant was ever issued for Ms. Holley.

13.     From on or about December 1, 2017, and continuing until on or about August 8, 2019, no licensed attorney in the State of Texas named Charles Williams had any contact or provided legal services to Mr. Gilbert or Ms. Holley.

14.     From on or about March 8, 2018 to on or about August 8, 2019, the Capital One bank account ending in 6556 had ATM withdrawals of at least $440,000, money transfers of at least $448,000, and money orders from retail stores of at least $204,000.  For a portion of the money orders from retail stores, Defendants used the Kroger loyalty account ending in 5241 which belonged to Alberta Tillis at 8619 Antelope Drive, Houston, Texas.  Said address is the address on

3

the driver's license of Defendant REGINA LYNN THOMAS, a/k/a NIKKI LADAY.  Ms. Tillis has been deceased since 2014.

15.    From on or about March 1, 2018, and continuing until on or about August 8, 2019, Mr. Gilbert and Ms. Holley communicated with the purported individual they believed to be Charles Williams through email at koroayay9500@gmail.com.  This email address belongs to Andrew Oghenekara Adhekegba, who Defendant REGINA LYNN THOMAS, a/k/a NIKKI LADAY has identified as her husband.

16.    From on or about March 1, 2018, and continuing until on or about August 8, 2019, the individual purporting to be Charles Williams repeatedly informed Ms. Holley to remain outside of the United States, and specifically to not return to 715 Daria Court, Houston, Texas 77079 due to the pending warrant.

17.    From on or about December 1, 2017 until on or about June 30, 2019, Defendant REGINA LYNN THOMAS, a/k/a NIKKI LADAY continuously resided at the 715 Daria Court, Houston, Texas 77079.

18.    At no time from on or about December 1, 2017, and continuing until on or about August 8, 2019 did an individual named Charles Williams or Defendant REGINA LYNN THOMAS, a/k/a NIKKI LADAY or ISAIAH BEN THOMAS provide legal services to Mr. Gilbert, Ms. Holley, and Ms. Prewit despite Ms. Gilbert, Ms. Holley and Ms. Prewit sending in excess of $1,000,000 to the bank account of ISAIAH THOMAS for such purpose.

19.    On or about the dates set forth below, in the Houston Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, Defendant REGINA LYNN THOMAS, a/k/a NIKKI LADAY or ISAIAH BEN THOMAS in the transactions below, aiding and abetting each other and others known and unknown to the Grand Jury, with the intent to

4

defraud, devised and willfully participated in, with knowledge of its fraudulent manner, the below-described scheme and artifice to defraud Grover Eugene Gilbert and Pauletta Gwen Holley and Gwendolyn Moser Prewit, by materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute the scheme and artifice to defraud, the defendants knowingly used interstate wire and radio communications and communication facilities in interstate commerce, which affected federally insured financial institutions, by causing to be withdrawn from the accounts listed below in the name of Grover Eugene Gilbert for the amounts listed below and deposited into the Capital One Account ending 6556 which was in the name of ISAIAH BEN THOMAS:

| Date of Transaction | Originating Bank | Amount |
|---|---|---|
| January 11, 2019 | JPMORGAN CHASE for FIDELITY | $3,500.00 |
| January 14, 2019 | JPMORGAN CHASE for FIDELITY | $1,450.00 |
| January 17, 2019 | ADVANCIAL FCU DAL | $3,590.00 |
| January 23, 2019 | ADVANCIAL FCU DAL | $27,120.00 |
| January 30, 2019 | JPMORGAN CHASE for FIDELITY | $10,517.00 |
| January 30, 2019 | JPMORGAN CHASE for FIDELITY | $2,000.00 |
| February 5, 2019 | JPMORGAN CHASE for FIDELITY | $2,500.00 |
| February 7, 2019 | JPMORGAN CHASE for FIDELITY | $4,515.00 |
| February 11, 2019 | JPMORGAN CHASE for FIDELITY | $1,500.00 |
| February 13, 2019 | JPMORGAN CHASE for FIDELITY | $6,000.00 |
| February 15, 2019 | JPMORGAN CHASE for FIDELITY | $1,000.00 |
| February 19, 2019 | JPMORGAN CHASE for FIDELITY | $18,000.00 |
| February 26, 2019 | JPMORGAN CHASE for FIDELITY | $3,500.00 |

| February 27, 2019 | JPMORGAN CHASE for FIDELITY | $10,000.00 |
| March 5, 2019 | JPMORGAN CHASE for FIDELITY | $1,500.00 |
| March 6, 2019 | ADVANCIAL FCU DAL | $1,500.00 |
| March 7, 2019 | JPMORGAN CHASE for FIDELITY | $5,100.00 |
| March 8, 2019 | JPMORGAN CHASE for FIDELITY | $7,000.00 |
| March 11, 2019 | JPMORGAN CHASE for FIDELITY | $2,000.00 |
| March 12, 2019 | JPMORGAN CHASE for FIDELITY | $1,500.00 |
| March 15, 2019 | JPMORGAN CHASE for FIDELITY | $5,000.00 |
| March 19, 2019 | JPMORGAN CHASE for FIDELITY | $1,500.00 |
| March 19, 2019 | ADVANCIAL FCU DAL | $3,000.00 |
| March 19, 2019 | ADVANCIAL FCU DAL | $7,000.00 |
| March 22, 2019 | ADVANCIAL FCU DAL | $4,500.00 |
| March 27, 2019 | JPMORGAN CHASE for FIDELITY | $10,000.00 |
| March 28, 2019 | JPMORGAN CHASE for FIDELITY | $2,000.00 |
| March 29, 2019 | JPMORGAN CHASE for FIDELITY | $4,000.00 |
| April 1, 2019 | ADVANCIAL FCU DAL | $2,650.00 |
| April 3, 2019 | JPMORGAN CHASE for FIDELITY | $2,200.00 |
| April 3, 2019 | JPMORGAN CHASE for FIDELITY | $5,000.00 |
| April 3, 2019 | JPMORGAN CHASE for FIDELITY | $3,500.00 |
| April 5, 2019 | JPMORGAN CHASE for FIDELITY | $700.00 |
| April 5, 2019 | ADVANCIAL FCU DAL | $600.00 |
| April 8, 2019 | JPMORGAN CHASE for FIDELITY | $7,500.00 |

| April 9, 2019 | JPMORGAN CHASE for FIDELITY | $10,000.00 |
| April 12, 2019 | JPMORGAN CHASE for FIDELITY | $2,500.00 |
| April 12, 2019 | JPMORGAN CHASE for FIDELITY | $2,500.00 |
| April 12, 2019 | JPMORGAN CHASE for FIDELITY | $1,500.00 |
| April 16, 2019 | ADVANCIAL FCU DAL | $2,500.00 |
| April 17, 2019 | JPMORGAN CHASE for FIDELITY | $6,500.00 |
| April 19, 2019 | JPMORGAN CHASE for FIDELITY | $1,500.00 |
| April 22, 2019 | JPMORGAN CHASE for FIDELITY | $500.00 |
| April 23, 2019 | ADVANCIAL FCU DAL | $1,000.00 |
| April 24, 2019 | JPMORGAN CHASE for FIDELITY | $4,000.00 |
| April 25, 2019 | JPMORGAN CHASE for FIDELITY | $5,000.00 |
| May 2, 2019 | JPMORGAN CHASE for FIDELITY | $2,000.00 |
| May 6, 2019 | JPMORGAN CHASE for FIDELITY | $1,000.00 |
| May 7, 2019 | JPMORGAN CHASE for FIDELITY | $2,500.00 |
| May 8, 2019 | JPMORGAN CHASE for FIDELITY | $300.00 |
| May 10, 2019 | JPMORGAN CHASE for FIDELITY | $1,500.00 |
| May 14, 2019 | JPMORGAN CHASE for FIDELITY | $1,800.00 |
| May 14, 2019 | JPMORGAN CHASE for FIDELITY | $600.00 |
| May 16, 2019 | JPMORGAN CHASE for FIDELITY | $2,000.00 |
| May 17, 2019 | JPMORGAN CHASE for FIDELITY | $900.00 |
| May 20, 2019 | JPMORGAN CHASE for FIDELITY | $2,000.00 |
| May 22, 2019 | JPMORGAN CHASE for FIDELITY | $5,000.00 |

| May 24, 2019 | JPMORGAN CHASE for FIDELITY | $3,000.00 |
| May 29, 2019 | JPMORGAN CHASE for FIDELITY | $2,000.00 |
| May 29, 2019 | JPMORGAN CHASE for FIDELITY | $650.00 |
| May 31, 2019 | JPMORGAN CHASE for FIDELITY | $775.00 |
| June 3, 2019 | JPMORGAN CHASE for FIDELITY | $1,500.00 |
| June 3, 2019 | JPMORGAN CHASE for FIDELITY | $250.00 |
| June 5, 2019 | JPMORGAN CHASE for FIDELITY | $1,500.00 |
| June 10, 2019 | JPMORGAN CHASE for FIDELITY | $1,000.00 |
| June 11, 2019 | JPMORGAN CHASE for FIDELITY | $1,000.00 |
| June 13, 2019 | JPMORGAN CHASE for FIDELITY | $550.00 |

## COUNT ONE

### (Conspiracy)

1.      Paragraphs 1-19 of the Introduction are re-alleged and incorporated herein by reference.

2.      From on or about December 1, 2017, and continuing until on or about August 8, 2019, in the Houston Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ISAIAH BEN THOMAS (DEFENDANT 1),**

defendant herein, did knowingly combine, conspire, confederate, and agree with REGINA LYNN THOMAS, a/k/a NIKKI LADAY and others known and unknown to the Grand Jury to commit the following offenses against the United States, namely, to knowingly execute a scheme and artifice to defraud Grover Eugene Gilbert and Pauletta Gwen Holley and Gwendolyn Moser

8

Prewit, which affected federally insured financial institutions, based on false and fraudulent pretenses, representations, and promises, by means of interstate wire and radio communications and communication facilities in interstate commerce, in violation of Title 18, United States Code, Section 1343.

3.    In furtherance of the conspiracy, and to achieve its objects, the defendants committed the overt acts alleged in Paragraphs 1-19 of this Information.

**All in violation of Title 18, United States Code, Section 371.**

## NOTICE OF CRIMINAL FORFEITURE
### (18 U.S.C. § 982(a)(2))

Pursuant to Title 18, United States Code, Section 982(a)(2), the United States gives

notice to the Defendant,

## ISAIAH BEN THOMAS (DEFENDANT 2),

that in the event of conviction of the offense charged in Count 1 of this Information, the United

States intends to seek forfeiture of all property constituting or derived from proceeds obtained,

directly or indirectly, as the result of such offense.

## NOTICE OF CRIMINAL FORFEITURE
### (18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c))

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States

Code, Section 2461(c), the United States gives notice to the Defendant,

## ISAIAH BEN THOMAS (DEFENDANT 2),

that in the event of conviction of the offenses charged in Count 1 of this Information, the United

States intends to seek forfeiture of all property, real or personal, which constitutes or is

derived from proceeds traceable to such offenses.

10

**Money Judgment and Substitute Assets**

The United States gives notice that it will seek a money judgment against each Defendant. In the event that one or more conditions listed in Title 21, United States Code, Section 853(p) exists, the United States will seek to forfeit any other property of each Defendant up to the amount of the money judgment against that Defendant.

AARON F. REITZ
UNITED STATES ATTORNEY

By:

*Adam Laurence Goldman*
Adam Laurence Goldman
Assistant United States Attorney